AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                   District of                                   New York

TOM OGNIBENE, et al.
(see attached)

**AMENDED**
**SUMMONS IN A CIVIL ACTION**

V.
FREDERICK A.O. SCHWARTZ, JR., et al,
(see attached)

CASE NUMBER:  08 CV 01335 (LTS) (THK)

TO: (Name and address of Defendant)

FREDERICK A.O. SCHWARTZ, JR., et al,
(see attached)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Capetanakis, Esq., Davidoff Malito & Hutcher, LLP, 605 Third Avenue, New York, New York 10158 and James Bopp, Jr., Esq. and Joe La Rue, Esq., Bopp, Coleson & Bostrom, 1 South 6th Street, Terre Haute, Indiana 47807

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

FEB 2 7 2008

DATE

**Plaintiffs:**

TOM OGNIBENE, YVETTE VELAZQUEZ BENNETT, VIVIANA VAZQUEZ-HERNANDEZ, MARTIN DILAN, MARLENE TAPPER, LEROY COMRIE, ROBERT PEREZ, FRAN REITER, SHEILA ANDERSEN-RICCI, MARTINA FRANCA ASSOCIATES, LLC, REITER/BEGUN ASSOCIATES, LLC, DENIS GITTENS, OSCAR PEREZ, MICHELE RUSSO, THE KINGS COUNTY COMMITTEE OF THE NEW YORK STATE CONSERVATIVE PARTY, and THE NEW YORK STATE CONSERVATIVE PARTY,

    all    c/o Davidoff Malito & Hutcher, LLP, 605 Third Avenue, New York, New York 10158

**Defendants:**

FREDERICK A.O. SCHWARZ, Jr., in his official capacity as Chairman of New York City's Campaign Finance Board; DALE C. CHRISTENSEN, Jr., JOSEPH P. PARKES, S.J., KATHERYN C. PATTERSON, and MARK S. PIAZZA, in their official capacities as Members of New York City's Campaign Finance Board; MARK DAVIES, in his official capacity as Executive Director of the New York City Conflicts of Interest Board; MONICA BLUM, STEVEN ROSENFELD, ANDREW IRVING, and ANGELA M. FREYRE, in their official capacity as Members of New York City's Board of Conflicts of Interest; and MICHAEL MCSWEENEY, in his official capacity as Acting City Clerk of New York City,

    all    c/o Jonathan Pines, Esq., Corporation Counsel of the City of New York,  100 Church Stret, New York, New York 10007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Amended<br>Service of the Summons and complaint was made by me[1] | DATE<br>February 29, 2008 |
| NAME OF SERVER *(PRINT)*<br>Carmelo Artega | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, New York 10007, Attn: Jonathan Pines, Esq.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 4, 2008        *[signature: Carmel Artega]*
                 Date                *Signature of Server*

Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, NY 10158
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.