UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                              :
Ognibene,                                     :
                                              :
                        Plaintiff(s),         :
                                              :
        -v-                                   :
                                              :
Schwarz,                                      :
                                              :
                        Defendant(s).         :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAY 1 6 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 1335 (LTS)(THK)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose:_____ |
| | _____ | | |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| ___ | Inquest After Default/Damages Hearing | | _____ _____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:       New York, New York
             May 16, 2008

LAURA TAYLOR SWAIN
United States District Judge