UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2009
```

TOM OGNIBENE, et al.,

        Plaintiffs,

-v-                                              No. 08 Civ. 1335 (LTS)(THK)

JOSEPH P. PARKES S.J, et al.,

        Defendants.

-------------------------------------------------------x

## ORDER[1]

Plaintiffs, who have filed an interlocutory appeal of the aspect of this Court's February 6, 2009, Opinion and Order that denied Plaintiffs' application for injunctive relief with respect to several aspects of the New York City Campaign Finance Law, now seek certification pursuant to 28 U.S.C. § 1292(b) of an appeal of the aspects of that order that granted summary judgment to Defendants with respect to the claims upon which injunctive relief had been sought, and a stay of the district court proceedings pending resolution of the appeal. Defendants do not oppose the instant applications.

Plaintiffs' applications for section 1292(b) certification and for a stay are hereby granted. It is in the interests of judicial economy to ensure the ability of the Court of Appeals to consider the full scope of issues and remedies implicated by the matters addressed in the February 6, 2009, Opinion and Order. Those issues are ones of great public significance, the resolution of which

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*

may well materially advance the ultimate termination of the litigation.

This Order resolves docket entries nos. 103 and 105. The above-captioned case is hereby transferred to the Court's suspense docket pending the outcome of the appeal. The parties are directed to report to the Court in writing as of July 1, 2009, and as of each January 1 and July 1 thereafter as to the status of the appeal, and to inform the Court immediately upon the issuance of a decision upon the appeal.

SO ORDERED.


Dated: New York, New York
      April 1, 2009

                                                LAURA TAYLOR SWAIN
                                                United States District Judge